IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03031

ROBERT JAN JAVOREK,

       Plaintiff,

vs.

HOME DEPOT U.S.A., INC.,

       Defendant.                     **JURY DEMANDED**

---

**DEFENDANT HOME DEPOT U.S.A., INC.'S ORIGINAL ANSWER**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Home Depot U.S.A., Inc. ("Home Depot"), Defendant in the above-entitled and numbered action, and files this Original Answer to Plaintiff's Complaint and would respectfully show unto the Court as follows:

**I.**

1.   Home Depot denies the allegations of material fact contained in singular paragraph of the Complaint.

2.   To the extent not expressly admitted herein, Home Depot denies all allegations of material fact in paragraph contained in the Complaint.

3.   Home Depot denies that Plaintiff is entitled to any of the relief for which he prays.

## II.
## AFFIRMATIVE DEFENSES

4. Home Depot specifically avails itself of those defenses as are contained and created pursuant to C.R.S. §13-21-401 et seq., including but not limited to C.R.S. §13-21-406 (Comparative fault as measure of damages).

5. Home Depot affirmatively asserts that Plaintiff may have assumed the risk of injury or damage by voluntarily or unreasonably exposing himself to injury or damage with knowledge or appreciation of the danger and risk involved, as set forth in C.R.S. §13-21-111.7 (Assumption of Risk).

6. Although Home Depot expressly denies any wrongdoing in this matter, Plaintiff is hereby notified that any judgment against Home Depot is limited to the degree of negligence or fault attributable to it, pursuant to C.R.S. § 13-21-111.5. Home Depot reserves the right to designate non-parties, pursuant to C.R.S. § 13-21-111.5(3)(b).

7. To the extent Plaintiff has sustained any injuries and/or damages, which Home Depot either denies or is without sufficient information, those injuries and/or damages were the direct and proximate cause and result of the Plaintiff's own failure to mitigate those damages.

8. To the extent Plaintiff has sustained any injuries and/or damages, which Home Depot either denies or is without sufficient information, it was the direct and proximate cause and result of the conduct of a third party or parties, over whom Defendant Home Depot had no control.

9. Home Depot asserts that Plaintiff's negligence claims fails to assert a claim upon which relief can be granted.

10. To the extent Plaintiff has sustained any injuries and/or damages, which Home Depot either denies or is without sufficient information, such injuries were caused by superseding and intervening acts of the third party, for which Home Depot is not liable.

11. To the extent Plaintiff has sustained any injuries and/or damages, which Home Depot either denies or is without sufficient information, Plaintiff's medical treatment, if any, may not have been reasonably or necessary, or incurred as a result of conditions caused by the incident complained of herein.

12. To the extent Plaintiff has sustained any injuries and/or damages, which Home Depot either denies or is without sufficient information, those injuries and/or damages may have pre-existed the incident complained of herein.

13. To the extent Plaintiff has sustained any injuries and/or damages, which Home Depot either denies or is without sufficient information, those injuries and/or damages may have resulted from injuries occurring after the incident complained of herein.

14. Any and all non-economic damages, if any, shall be subject to the provision of C.R.S. §13-21-102.5.

15. Any damages awarded in this case shall be reduced pursuant to C.R.S. §13-21-111.6.

16. Home Depot asserts all privileges available under Colorado law to a shopkeeper and its employees in connection with their apprehension and detention of a suspected shoplifter.

17. Defendant Home Depot gives notice that it intends to rely upon and invoke any other defense or cross-claim that may become available or appear during the proceeding in this case and are serves its rights to amend this Answer and to assert a cross-claim, if appropriate, to include such additional defenses and affirmative actions..

WHEREFORE, Defendant Home Depot U.S.A., Inc. respectfully prays that Plaintiff takes nothing by this action, and that Defendant be dismissed with its costs and with any and all other relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Arthur K. Smith*
Arthur K. Smith
LAW OFFICES OF ARTHUR K. SMITH,
A Professional Corporation
507 Prestige Circle
Allen, Texas  75002
Telephone:  (469) 519-2500
Facsimile:   (469) 519-2555
Email:  asmith@aksmithlaw.com
Attorney for Defendant Home Depot U.S.A., Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2018, I electronically filed the foregoing **Original Answer** with the Clerk of Court using the CM/ECF system, and I hereby certify that I have served the document to the following non CM/ECF participants in the manner via certified mail, return receipt requested and U.S. First Class Mail, indicated by the non-participant's name:

Robert Jan Javorek
8755 West 14th Avenue
Lakewood, Colorado
*Plaintiff*

*/s/ Arthur K .Smith*
Arthur K. Smith

158918.752\Answer